■ VERLENE GAUSE, Respondent, v 2405 MARION CORP., Appellant, et al., Defendant. [26 NYS3d 699]—An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, Bronx County (Wilma Guzman, J.), entered on or about April 10, 2015, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated March 2, 2016, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Friedman, J.P., Andrias, Saxe and Kapnick, JJ.